1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MELANIE L. PROCTOR (CSBN 228971)
   Melanie.Proctor@usdoj.gov
4  Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
6      Telephone: (415) 436-6730
       FAX: (415) 436-6927
7
   Attorneys for Defendants
8

9                  UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                  SAN FRANCISCO DIVISION

12
   PING QUI,                          )     No. C07-0578 TEH
13                                     )
                      Plaintiff,       )
14                                     )
          v.                           )
15                                     )     JOINT REQUEST TO BE EXEMPT FROM
   MICHAEL CHERTOFF, Secretary of the  )     FORMAL ADR PROCESS
16 Department of Homeland Security; et al. )
                                       )
17                    Defendants.      )
                                       )
18

19      Each of the undersigned certifies that he or she has read either the handbook entitled

20 "Dispute Resolution Procedures in the Northern District of California," or the specified portions of

21 the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute

22 resolution options provided by the court and private entities, and considered whether this case might

23 benefit from any of them.

24      Here, the parties agree that referral to a formal ADR process will not be beneficial because

25 this mandamus action is limited to Plaintiff's request that this Court compel Defendants to

26 adjudicate the applications for adjustment of status.  Given the substance of the action and the lack

27 of any potential middle ground, ADR will only serve to multiply the proceedings and unnecessarily

28 tax court resources.  Accordingly, pursuant to ADR L.R. 3-3(c), the parties request the case be

   JOINT REQUEST FOR ADR EXEMPTION
   C 07-0578 TEH

1  removed from the ADR Multi-Option Program and that they be excused from participating in the

2  ADR phone conference and any further formal ADR process.

3  Dated: August 6, 2007                        Respectfully submitted,

4                                               SCOTT N. SCHOOLS
                                                 United States Attorney
5
                                                        /S/
6                                                MELANIE L. PROCTOR[1]
                                                 Assistant United States Attorney
7                                                Attorneys for Defendants

8
   Dated: August 6, 2007                               /S/
9                                                GERI KAHN, ESQ.
                                                 Attorney for Plaintiff
10

11                              **ORDER**

12        Pursuant to stipulation, IT IS SO ORDERED.

13

14  Date:    8/8/2007

15

16

17

18

19

20

21

22

23

24

25

26

27  _____

28        [1]I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any
   signatures indicated by a "conformed" signature (/S/) within this efiled document.

   JOINT REQUEST FOR ADR EXEMPTION
   C 07-0578 TEH                              2