1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MELANIE L. PROCTOR (CSBN 228971)
   Melanie.Proctor@usdoj.gov
4  Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
6      Telephone: (415) 436-6730
       FAX: (415) 436-6927
7
   Attorneys for Defendants
8
                       UNITED STATES DISTRICT COURT
9
                      NORTHERN DISTRICT OF CALIFORNIA
10
                           SAN FRANCISCO DIVISION
11
   PING QIU,                          )    No. C07-0578 EDL
12                                    )
                    Plaintiff,        )
13                                    )    STIPULATION TO DISMISS AND
           v.                         )    [P~~ROPOSED~~] ORDER
14                                    )
   MICHAEL CHERTOFF, Secretary of the )
15 Department of Homeland Security; et al. )
                                      )
16                  Defendants.       )
                                      )
17

18     Plaintiff, by and through his attorney of record, and Defendants, by and through their
19 attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action
20 in light of the adjudication of Plaintiff's application for adjustment of status.
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

STIPULATED DISMISSAL
C 07-0578 EDL

1  Each of the parties shall bear their own costs and fees.

2  Dated: August 23, 2007                           Respectfully submitted,

3                                                   SCOTT N. SCHOOLS
                                                    United States Attorney
4
                                                    _____/s/_____
5                                                   MELANIE L. PROCTOR[1]
                                                    Assistant United States Attorney
6                                                   Attorneys for Defendants

7

8  Dated: August 23, 2007                           _____/s/_____
                                                    GERI N. KAHN, ESQ.
9                                                   Attorney for Plaintiff

10

11                                  **ORDER**

12  Pursuant to stipulation, IT IS SO ORDERED.

13
    Dated:    August 24, 2007
14                                                  _____
                                                    ELIZABETH D. LAPORTE
15                                                  United States Magistrate Judge

*IT IS SO ORDERED*
*Elizabeth D. Laporte*
*Judge Elizabeth D. Laporte*

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

STIPULATED DISMISSAL
C 07-0578 EDL